Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
  edocs@hbblaw.com
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

KEVIN H. PARK, ESQ. (SBN 96562)
FARMERS INSURANCE SUBROGATION
& RECOVERY LAW FIRM
Mailing Address:
P.O. Box 248916
Oklahoma City, OK 73124-8916
TEL: (818) 540-4417
kevin.park@farmersinsurance.com
Our File No.: 7003133049
Attorneys for Plaintiff
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 30, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00992-JDP<br><br>**[PROPOSED]** ORDER THEREON<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

**[PROPOSED] ORDER THEREON**

PURSUANT TO THE PARTIES' STIPULATION, AND HAVING FOUND GOOD CAUSE THEREFORE, THIS COURT HEREBY GRANTS THE PARTIES' REQUEST AND MODIFIES THE SCHEDULING ORDER AS FOLLOWS:

September 20, 2024: Close of fact Discovery (including last day to hear motions to compel on fact discovery)

October 18, 2024: Designation of Expert Witnesses

November 22, 2024: Designation of Rebuttal Expert Witnesses

December 20, 2024: Close of Expert Discovery

February 6, 2025: Last Day to Hear Dispositive Motions

IT IS SO ORDERED.

Dated:   April 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE