Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
  edocs@hbblaw.com
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

KEVIN H. PARK, ESQ. (SBN 96562)
FARMERS INSURANCE SUBROGATION
& RECOVERY LAW FIRM
Mailing Address:
P.O. Box 248916
Oklahoma City, OK 73124-8916
TEL: (818) 540-4417
kevin.park@farmersinsurance.com
Our File No.: 7003133049
Attorneys for Plaintiff
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 30, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00992-JDP<br><br>**SECOND STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON**<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN("Plaintiff"), and Defendant BROAN-NUTONE, LLC ("Defendant")(hereinafter, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that this Court modify the Pre-Trial Scheduling Order(s) (ECF No(s). 15 and 19) ("Scheduling Order(s)") to adjust the fact and expert discovery deadlines, and extend all applicable deadlines by approximately 90 days. Good cause exists as follows:

WHEREAS, on or about September 7, 2023, this Court issued its Scheduling Order (ECF No. 13).

WHEREAS, on or about April 5, 2024, this Court issued its Order Modifying the Scheduling Order pursuant to the parties stipulation. Therein, in relevant part, this Court ordered the following be completed:

| | |
|---|---|
| September 20, 2024: | Close of Fact Discovery (including last day to hear motions to compel on fact discovery) |
| October 18, 2024: | Designation of Expert Witnesses |
| November 22, 2024: | Designation of Rebuttal Expert Witnesses |
| December 20, 2024: | Close of Expert Discovery |
| February 6, 2025: | Last Day to Hear Dispositive Motions. |

WHEREAS, the Parties have exchanged initial disclosures, and Plaintiff has responded to written discovery propounded by Defendant. Defendant anticipates it may need to produce additional documents in its Rule 26 disclosures, but any such protection would qualify for protection under a Protective Order. In addition, Plaintiff anticipates propounding written discovery to Defendant, but a Protective Order will be necessary prior to Defendant providing its response(s) and/or producing documents. Once the Protective Order is submitted and granted by this Court, Defendant will be in a position to provide responses to discovery and produce responsive documents.

1  WHEREAS, the parties have also deposed percipient witnesses, including
2 responding fire department personnel.

3  WHEREAS, the Parties also intend to depose the two homeowners who are
4 witnesses to the subject fire and whose insurance claim gives rise to Plaintiff's subrogation
5 action.  There have been delays, however, including difficulty effecting service on the two
6 witnesses and gaining participation from the witnesses because they are believed to reside
7 out of state.  For example, the witnesses initially indicated they were willing and available
8 to sit for deposition, but have since ceased communications.  Nonetheless, the Parties are
9 working collectively to depose the two homeowners and anticipate completing the same
10 within the next 30 days.

11  WHEREAS, the Parties also anticipate the needs to depose the contractor who
12 performed repairs on the subject property, as well as Plaintiff's and Defendant's Person(s)
13 Most Qualified.  The parties have met and conferred as to the scope of these depositions
14 and anticipate completing these depositions in the next 30days.

15  WHEREAS, the Parties also anticipate submitting their matter to private mediation.
16 In order to avoid unnecessary cost and expense of expert discovery, however, the Parties
17 request this Court modify the Scheduling Order such that fact discovery be completed,
18 followed by designation of expert witnesses, and then the completion of expert discovery.
19 This will allow the Parties to complete fact discovery and participate in a meaningful
20 mediation without incurring the unnecessary cost of expert discovery.

21  WHEREAS, a brief continuance (90 days) will allow the Parties to complete the
22 aforementioned written discovery (including responses and document production), the
23 foregoing fact depositions, and submit this matter to private mediation in advance of
24 designation of expert witnesses and the completion of expert discovery.

25  WHEREAS, this is the Parties' second request to modify the Scheduling Order, but
26 the first request was due, in part, to a request to restructure the prior scheduling order (i.e.,
27 that designation of experts to follow completion of fact discovery), as well as a change in
28 handling attorney for Defendant.  In addition, the parties have working collectively to

resolve scheduling and technology complications to accomplish the necessary depositions. No party will be prejudiced by the modification of the Scheduling Order and/or the requested brief continuance.

THEREFORE, the Parties stipulate and agree, and hereby request, that this Court modify the Scheduling Order and issue a new order such that the following should be completed:

December 20, 2024:  Close of Fact Discovery (including last day to hear motions to compel on fact discovery)

January 17, 2025:  Designation of Expert Witnesses

February 7, 2025:  Designation of Rebuttal Expert Witnesses

March 7, 2025:  Close of Expert Discovery

May 2, 2025:  Last Day to Hear Dispositive Motions

Further Scheduling: Further Status Conference after the passage of the Dispositive Motion Deadline

DATED:  August 20, 2024          HAIGHT BROWN & BONESTEEL LLP


By: ___*/s/ Steven A. Scordalakis*___
    Krsto Mijanovic
    Steven A. Scordalakis
    Attorneys for Defendant
    BROAN-NUTONE, LLC

| | | |
|---|---|---|
| 1 | DATED:  August 20, 2024 | FARMERS INSURANCE SUBROGATION & RECOVERY LAW FIRM |

By: _/s/ Kevin H. Park_
Kevin H. Park
Attorneys for Plaintiff FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and Joint Request to Modify the Scheduling Order, and having found good cause therefor, this Court hereby GRANTS the Parties' request and orders as follows:

December 20, 2024:  Close of Fact Discovery (including last day to hear motions to compel on fact discovery)

January 17, 2025:  Designation of Expert Witnesses

February 7, 2025:  Designation of Rebuttal Expert Witnesses

March 7, 2025:  Close of Expert Discovery

May ~~2~~1, 2025:   Last Day to Hear Dispositive Motions

This Court will set a Further Status Conference after the passage of the Dispositive Motion Deadline.

IT IS SO ORDERED.

Dated:  August 26, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Haight