Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Steven A. Scordalakis (Bar No. 293212)
  *sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
  *edocs@hbblaw.com*
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant
BROAN-NUTONE, LLC

KEVIN H. PARK, ESQ. (SBN 96562)
FARMERS INSURANCE SUBROGATION
& RECOVERY LAW FIRM
Mailing Address:
P.O. Box 248916
Oklahoma City, OK 73124-8916
TEL: (818) 540-4417
kevin.park@farmersinsurance.com
Our File No.: 7003133049
Attorneys for Plaintiff
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 30, Inclusive,<br><br>Defendants. | Case No. 2:23-cv-00992-JDP<br><br>**THIRD STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON**<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

**[PROPOSED] ORDER**

COMES NOW:

Pursuant to the Parties' Stipulation and Joint Request to Modify the Scheduling Order, and having found good cause therefor, this Court hereby GRANTS the Parties' request and orders as follows:

| | |
|---|---|
| February 21, 2025: | Close of Fact Discovery (including last day to hear motions to compel on fact discovery) |
| March 21, 2025: | Designation of Expert Witnesses |
| April 18, 2025: | Designation of Rebuttal Expert Witnesses |
| May 16, 2025: | Close of Expert Discovery |
| July 31, 2025: | Last Day to Hear Dispositive Motions |

This Court will set a Further Status Conference after the passage of the Dispositive Motion Deadline.

IT IS SO ORDERED.

Dated:   December 19, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE