1 Krsto Mijanovic (Bar No. 205060)
    *kmijanovic@hbblaw.com*
2 Steven A. Scordalakis (Bar No. 293212)
    *sscordalakis@hbblaw.com*
3 HAIGHT BROWN & BONESTEEL LLP
    *edocs@hbblaw.com*
4 555 South Flower Street, Forty-Fifth Floor
  Los Angeles, California 90071
5 Telephone:  213.542.8000
  Facsimile:  213.542.8100
6
  Attorneys for Defendant
7 BROAN-NUTONE, LLC

8 JOHN LAURITSEN. (SBN 100996)
  FARMERS INSURANCE SUBROGATION
9 & RECOVERY LAW FIRM
  Mailing Address:
10 P.O. Box 248916
11 Oklahoma City, OK 73124-8916
   TEL: (818) 540-4417
12 John.lauritsen@farmersinsurance.com
13 Our File No.: 7003133049
   Attorneys for Plaintiff
14 FOREMOST INSURANCE COMPANY
15 GRAND RAPIDS, MICHIGAN

16

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BROAN-NUTONE, LLC; and DOES 1 through 30, Inclusive,<br><br>    Defendants. | Case No. 2:23-cv-0992-TLN-JDP<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL; AND [PROPOSED] ORDER THEREON** |

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff FOREMOST
4  INSURANCE COMPANY GRAND RAPIDS, MICHIGAN and defendant BROAN-
5  NUTONE LLC hereby stipulate, by and between their respective counsel of record, that
6  this action be dismissed, with prejudice, in its entirety, as to all claims, causes of action,
7  and parties, with each party to bear its own attorney's fees and costs.

9  DATED:  July 9, 2025                    HAIGHT BROWN & BONESTEEL LLP

12                                          By:  ____*/s/ Steven A. Scordalakis*____
13                                               Krsto Mijanovic
                                                 Steven A. Scordalakis
14                                               Attorneys for Defendant
                                                 BROAN-NUTONE, LLC

16  DATED:  July 9, 2025                    FARMERS INSURANCE SUBROGATION &
                                            RECOVERY LAW FIRM

19                                          By:  ____*/s/ John C. Lauritsen*____
                                                 John C. Lauritsen
20                                               Attorneys for Plaintiff FOREMOST
                                                 INSURANCE COMPANY GRAND RAPIDS,
21                                               MICHIGAN

**[PROPOSED] ORDER**

COMES NOW:

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:   July 11, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Haight